## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

TERRY L. DILL,

                Defendant.

**4:22CR3002**

**RELEASE ORDER**

The defendant is released subject to the following:

1)     The defendant shall appear at his revocation hearing scheduled for August 10, 2023 at 9:30 a.m. before the Honorable John M. Gerrard, in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2)     The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

May 2, 2023.

                BY THE COURT:

                s/ Cheryl R. Zwart
                United States Magistrate Judge