IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>TERRY L. DILL<br><br>                Defendant. | 4:22CR3002<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's Unopposed Motion to Review Detention and Request for Hearing, (Filing No. 77), is granted, as set forth below.

2) Defendant shall comply with all terms and conditions of supervised release except as follows:

    Defendant shall be released to reside at Houses of New Life in Lincoln, Nebraska and participate in that facility's treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) Defendant shall arrive at Houses of New Life in Lincoln, Nebraska by 3:00 p.m. on January 23, 2024. The Marshal shall release Defendant to Defendant's brother, Matt Dill, on January 23, 2024 at approximately 12:00 (noon) for timely transport to the facility.

4) The clerk shall provide a copy of this order to the Marshal.

Dated this 22nd day of January, 2024.

                                                BY THE COURT:

                                                *s/ Jacqueline M. DeLuca*
                                                United States Magistrate Judge